# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHILLIP D. CUNITZ & VICTORIA J. CUNITZ           Case Number: 05-71648
        829 COLONIAL DRIVE                               SSN-xxx-xx-5697 & xxx-xx-1352
        MACHESNEY PARK, IL  61115

                                                Case filed on:   4/7/2005
                                                Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,148.20        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
|  | Total Legal | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
| 022 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DONALD & DARLENE CUNITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PHILLIP D. CUNITZ | 0.00 | 0.00 | 582.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 582.83 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 45,918.39 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 6,262.83 | 6,262.83 | 6,262.83 | 0.00 |
|  | Total Secured | 52,181.22 | 6,262.83 | 6,262.83 | 0.00 |
| 004 | BLACHHAWK COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT BUREAU ENTERPRISES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | KENNETH M. LUTSCH D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 30.00 | 30.00 | 30.00 | 0.00 |
| 011 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 534.28 | 534.28 | 534.28 | 0.00 |
| 013 | ONYX WASTE SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RISK MANAGEMENT ALTERNATIVES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCK RIVER WATER RECLAMATION | 131.25 | 131.25 | 131.25 | 0.00 |
| 017 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ATTORNEY TERRY HOSS & | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 019 | COTTONWOOD FINANCIAL LTD | 1,410.39 | 1,410.39 | 1,410.39 | 0.00 |
| 020 | DONALD & DARLENE CUNITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PORTFOLIO RECOVERY ASSOCIATES | 775.48 | 775.48 | 775.48 | 0.00 |
|  | Total Unsecured | 4,081.40 | 4,081.40 | 4,081.40 | 0.00 |
|  | Grand Total: | 58,656.62 | 12,738.23 | 13,321.06 | 0.00 |

Total Paid Claimant:     $13,321.06
Trustee Allowance:       $827.14        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  100.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008        By  /s/Heather M. Fagan